```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    DAVID J. GALLEGOS
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  MANUEL NAVARRO

 9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,     )  No. 2:11-MJ-00382-EFB
15                                )
                Plaintiff,        )
16                                )  STIPULATION TO CHANGE PLEA
        v.                        )
17                                )
    MANUEL NAVARRO,               )  Date: February 6, 2012
18                                )  Time: 10:00 a.m.
                Defendant.        )  Judge: Hon. Edmund F. Brennan
19                                )
    _____ )
20
```

21      IT IS HEREBY STIPULATED between the parties through their

22 respective counsel, David Petersen, Special Assistant United States

23 Attorney, and Linda C. Harter, Chief Assistant Federal Defender,

24 attorney for MANUEL NAVARRO, and Certified Student Attorney, David J.

25 Gallegos, that the Court vacate the court trial on January 24, 2012 at

26 10:00 a.m., and set a change of plea hearing for **February 6, 2012**

27 ~~January 24, 2012~~ at 10:00 a.m.

28

1  Dated:   January 19, 2012
2                                              DANIEL J. BRODERICK
                                               Federal Defender
3                                              /s/ Linda Harter
                                               LINDA HARTER
4                                              Chief Assistant Federal Defender
                                               Attorney for Defendant
5                                              MANUEL NAVARRO

6                                              /s/ David J. Gallegos
                                               DAVID J. GALLEGOS
7                                              Certified Student Attorney

8  Dated:   January 19, 2012                   BENJAMIN B. WAGNER
                                               United States Attorney
9
                                               /s/ David Petersen
10                                             DAVID PETERSEN
                                               Special Assistant U.S. Attorney
11

12
                                  **ORDER**
13
   IT IS SO ORDERED.
14
   Dated: January 20, 2012.
15
                                               _____
16                                             EDMUND F. BRENNAN
                                               UNITED STATES MAGISTRATE JUDGE

Stip to Change Plea                -2-